NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

July 26, 2023

**ERRATA**

---

Appeal No. 2022-1854

**STEPHANIE DIMASI,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

Decided: July 24, 2023
Nonprecedential Opinion

---

Please make the following changes:

Page 3, line 5: "as her" is changed to "as to her"

Page 4, line 27: "had" is added after "she"

Page 5, line 12: "and and" is changed to "and"

Page 5, line 30: "followed-up" is changed to "met"

Page 5, line 31: "where" is changed to "at which time"

Page 7, line 12; "is as" is changed to "is"

Page 11, line 6: "Drs. Chen's and Fischer's" is changed to "Dr. Chen's and Dr. Fischer's"